IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HERCULES INCORPORATED,<br><br>        Plaintiff(s),<br><br>   v.<br><br>DELAWARE VALLEY SCRAP<br>CO., INC. ,<br><br>        Defendant(s). | Civil No. 08-4391 (RMB/KMW)<br><br>**ORDER SETTING TRIAL DATE** |

**IT IS HEREBY ORDERED:**

1. The above-captioned action has been set for **TRIAL** before the **Honorable Renée Marie Bumb, U.S.D.J.** on **Tuesday, March 15, 2011 at 9:30 A.M.** in Courtroom 3D, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey.

2. Counsel and/or unrepresented parties must attend and be fully prepared to proceed with the trial of this action.

3. Counsel for all parties **must** confer with each other prior to trial and submit **joint** requests to charge signed by both parties, **joint** voir dire signed by both parties, and a proposed verdict sheet **one week before trial** in hard copy form and on a CD/DVD (preferably in Wordperfect format).  Any additional proposed charges or questions that could not be agreed upon should be submitted by the propounding party to the Court at the

same time.  These joint requests and individual charges, in addition to the parties' joint voir dire and individual proposed questions, shall be electronically filed.  **FAILURE TO FILE THE FOREGOING DOCUMENTS WILL RESULT IN A DELAY OF THE TRIAL AND MAY RESULT IN COSTS AND FEES ASSESSED AGAINST THE ERRANT PARTY.**

4.  Each party shall submit a list of pre-marked exhibits and a witness list, including the name and address (city and state only) of each potential witness, **one week prior to trial**.  All trial exhibits must be pre-marked in accordance with each party's exhibit list.

5.  All in limine motions shall be filed with the Court no later than **two weeks** prior to the trial date.  Any opposition to the in limine motions shall be filed no later than **one week** prior to the trial date. **FAILURE TO ABIDE BY THESE DEADLINES MAY RESULT IN THE DENIAL OF THE RELIEF SOUGHT.**

6.  Any other documents shall be electronically filed with a copy to chambers, if not already submitted, even if trial is adjourned.

> s/RENÉE MARIE BUMB
> United States District Judge

Dated:   January 24, 2011

cc: Hon. Karen M. Williams, U.S.M.J.
    Arthur Roney, Deputy Clerk